UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Mirage, Inc., a Minnesota corporation,

Plaintiff,

v.

James Kollmann, Karl Jensen, and John Does 1-7

Defendants.

Court File No. 02-CV-342 DSD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT OF DISMISSAL**

---

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the same may be and is hereby dismissed on its merits with prejudice, but without costs, disbursements or attorneys' fees to any of the parties hereto.

RANDALL D.B. TIGUE LAW OFFICE

By: _______________
Randall D.B. Tigue #110000
Minnehaha Professional Building
3960 Minnehaha Avenue South
Suite 100
Minneapolis, MN 55406
(612) 825-0936

ATTORNEYS FOR PLAINTIFF

Dated: 4/17/02

RATWIK, ROSZAK & MALONEY, P.A.

By: _______________
Scott T. Anderson #157405
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060

ATTORNEYS FOR DEFENDANTS JAMES KOLLMANN AND KARL JENSEN

Dated: April 16, 2002.

RRM: 32897/cmp

FILED 4-24-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-24-02
DEPUTY CLERK _______

**ORDER FOR JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 4/24/02

David S. Doty
Judge of District Court

RRM: 32897/cmp